# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 4, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155853(59)
155854

SHEAN SATGUNAM, M.D.,
      Plaintiff-Appellant,

v

HACKNEY GROVER HOOVER & BEAN,
      Defendant-Appellee.

_____

SC: 155853
COA: 330454
Ingham CC: 12-001194-NM

SHEAN SATGUNAM, M.D.,
      Plaintiff-Appellant,

v

MICHIGAN STATE UNIVERSITY,
      Defendant-Appellee.

_____/

SC: 155854
COA: 330660
Ct of Claims: 12-000140-MK

On order of the Chief Justice, the second motion of plaintiff-appellant to extend the time for filing his reply is GRANTED. The reply will be accepted as timely filed if submitted on or before August 11, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 4, 2017



Clerk